**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-4278**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

BRANDEN ALTOMORRE WHITE,

                Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville.  Norman K. Moon, Senior District Judge.  (3:09-cr-00021-nkm-1)

Submitted:  November 15, 2010      Decided:  December 10, 2010

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Larry W. Shelton, Federal Public Defender, Frederick T. Heblich, Jr., Assistant Federal Public Defender, Charlottesville, Virginia, for Appellant.  Timothy J. Heaphy, United States Attorney, Ronald M. Huber, Assistant United States Attorney, Joseph D. Platania, Special Assistant United States Attorney, Charlottesville, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Branden Altomorre White pled guilty to possession of a firearm by an unlawful user of a controlled substance, in violation of 18 U.S.C. § 922(g)(3) (2006). He reserved the right to appeal the district court's order denying his motion to suppress. We affirm.

In reviewing the district court's ruling on a motion to suppress, this court reviews the district court's factual findings for clear error, and its legal determinations de novo. United States v. Cain, 524 F.3d 477, 481 (4th Cir. 2008). The facts are reviewed "in the light most favorable to the prevailing party below." United States v. Jamison, 509 F.3d 623, 628 (4th Cir. 2007). Our review of the record leads us to conclude that the district court did not err in denying White's motion to suppress.

Accordingly, we affirm White's conviction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED